# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                  **CASE NO. CR 3:12-119**

       v.                            **JUDGE THOMAS M. ROSE**

DENNIS JAMES

       Defendant.

## AGREED ORDER

This matter is before the Court on the Government's request for restitution on behalf of the victims portrayed in the "Jan_Feb" series of images, that were unlawfully possessed by Defendant Dennis James.

The United States and the Defendant, Dennis James, have reached an agreement that Title 18, United States Code, Section 2259 requires the Court to impose restitution for any offense under Chapter 110, which applies to the conviction of distribution of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2) and (b). There is no dispute between the parties that the Defendant received and/or possessed at least one image of child pornography depicting "L.S.", a minor victim in the Jan_Feb series.

The parties further agree that the victim seeking restitution in this case, is a victim as defined in Section 2259, that is, an individual "harmed as a result of a commission of a crime under this chapter [the Sexual Exploitation and Other Abuse of Children Chapter of Title 18]." *See* 18 U.S.C. § 2259(c).

**IT IS THEREFORE AGREED** by the parties that Defendant Dennis James is liable for a portion of the total harm/losses sought by the victim in this case. Accordingly, Defendant Dennis James agrees to pay **$250.00** as restitution for that victim. Restitution shall be paid to the Clerk of the United States District Court for the Southern District of Ohio, and shall then be distributed to the victim via their authorized legal representative. The specific payment details will be set forth in detail in the Judgment and Commitment Order.

**IT IS SO ORDERED.**

_____
THOMAS M. ROSE
**UNITED STATES DISTRICT COURT JUDGE**

**REVIEWED AND AGREED TO BY:**

CARTER M. STEWART,
UNITED STATES ATTORNEY

_____
Sheila G. Lafferty (0042554)
Assistant United States Attorney

_____
Dennis James
Defendant

_____
Jon Paul Rion
Counsel for Defendant Dennis James